**In re Craig PETERSEN, Debtor.**

**James Edward Bachman, Appellant,**

**v.**

**Joel Pelofsky, Appellee.**

**No. 00–3136.**

United States Court of Appeals, Eighth Circuit.

Submitted May 18, 2001.

Filed July 13, 2001.

Before MORRIS SHEPPARD ARNOLD and BYE, Circuit Judges, and GAITAN,[1] District Judge.

1. The Honorable Fernando J. Gaitan, Jr., United States District Judge for the Western District of Missouri, sitting by designation.

2. The Honorable John C. Minahan, Jr., United States Bankruptcy Judge for the District of Nebraska.

PER CURIAM.

James Edward Bachman, Esq., appeals from the order of the United States Bankruptcy Appellate Panel affirming the bankruptcy court's[2] award of attorney's fees to Mr. Bachman in an amount less than he requested. Mr. Bachman argues that the panel erred in holding that there was no error of law or fact in the bankruptcy court's fee award and that in rejecting his claim the bankruptcy court denied him due process.

Having carefully considered the matter, we conclude that an extended discussion of the matter is unnecessary and that there was no error in the panel's holding. We therefore affirm on the basis of the panel's well-reasoned opinion. *See* 8th Cir. R. 47B.